■ In the Matter of MARIE WHITTAKER, Appellant, v ANGELINE QUILES, Respondent, et al., Respondent. [40 NYS3d 787]— Appeal from an order of the Family Court, Kings County (Michael L. Katz, J.), dated April 29, 2015. The order denied

the paternal grandmother's petition for custody or visitation with the subject children. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the order is affirmed, without costs or disbursements.

We are satisfied with the sufficiency of the brief filed by the appellant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Leventhal, J.P., Miller, LaSalle and Brathwaite Nelson, JJ., concur.